

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. R.T. Burns
County Attorney
Walker County
Huntsville, Texas

Dear Sir:

Opinion No. O-1137
Re: Do the provisions of Art. 1646a, R.C.S.,
1925, allow an audit of county affairs
and finances in a county under 25,000
population upon an order of the district
judge or grand jury regardless of wheth-
er or not such audit is desired by the
Commissioners' Court?

Your request for an opinion upon the above
stated question has been received by this department.

Article 1646a, Revised Civil Statutes of
Texas, reads as follows:

"County auditors.- The Commissioners'
Court of any county under twenty-five thous-
and population according to the last United
States census may make an arrangement or
agreement with one or more other counties
whereby all counties, parties to the arrange-
ment, may jointly employ and compensate a
special auditor or auditors for the purposes
specified in Articles 1645 and 1646. The
county commissioners' court of every county
affected by this article may have an audit
made of all the books of the county, or any
of them, at any time they may desire wheth-
er such arrangements can be made with other
counties or not; provided the district judge
or grand jury may order said audit if either
so desires." (Acts 1925, p. 520.) (39th Leg.
ch. 57, § 1). (Underscoring ours).

Hon. R.T. Burns, Page 2

You are respectfully advised that it is the opinion of this department that your question should be answered in the affirmative.

Trusting that this satisfactorily answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WmJF:ob
APPROVED JUL 22, 1939

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY T.D.R.
CHAIRMAN